IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID HARRY BRANNON,  )   No. C 02-3700 SBA (PR)
      Plaintiff,  )
v.  )   <u>ORDER DIRECTING PLAINTIFF TO SHOW</u>
    )   <u>CONTINUED INTENT TO PROSECUTE THIS</u>
ALAMEDA COUNTY, et al.,  )   <u>ACTION</u>
      Defendants.  )
_____ )

      Plaintiff, a patient at Atascadero State Hospital, confined pursuant to California's Sexually Violent Predator Act, filed this action on July 31, 2002.  The Court granted Plaintiff's motion to proceed <u>in forma pauperis</u> on November 14, 2002.  On December 12, 2002, he filed a first amended complaint.  On September 25, 2003, the Court granted Plaintiff's motion for reimbursement of filing fees.  On November 13, 2003, Plaintiff wrote a letter to the Clerk of Court inquiring about the status of his reimbursement check.  Since then, Plaintiff has not communicated with the Court.  In the interests of justice and judicial efficiency, the Court will not proceed to review the merits of Plaintiff's claims until Plaintiff informs the Court of his continued intent to prosecute this action.

      Accordingly, no later than **thirty (30) days** of the date of this Order, Plaintiff shall file with the Court a notice of his continued intent to prosecute this action.  Should Plaintiff fail to file such notice, the complaint will be dismissed without prejudice for failure to prosecute.  <u>See</u> Fed. R. Civ. P. 41(b).

      IT IS SO ORDERED.

DATED: <u>6/3/05</u>                                                                      s/Saundra Brown Armstrong
                                                                        SAUNDRA BROWN ARMSTRONG
                                                                          United States District Judge